

# NUMBER 13-24-00203-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LATOYA RHODES,                                                    Appellant,

v.

PARK AT LEBLANC,                                                 Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Chief Justice Contreras**

On March 11, 2024, appellant filed a notice of appeal in trial court cause number

2023-009380-1.[1] On April 30, 2024, the Clerk of the Court notified appellant that the

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5(e) and 25.1(d)(1), (2), (3), and (4). *See* TEX. R. APP. P. 9.5(e) and 25.1(d)(1), (2), (3), (4). On June 21, 2024, the Clerk of the Court again notified appellant that her notice of appeal was defective; appellant was further notified that if the defects were not cured within ten days from the date of the notice the appeal would be dismissed. *See id.* R. 42.3. (b), (c).

Appellant has not cured the defective notice of appeal, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
28th day of August, 2024.

2